**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00089-CR**
_____

**JACOBI GILBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 12-14442**

_____

**MEMORANDUM OPINION**

On February 16, 2018, the trial court sentenced Jacobi Gilbert on a conviction for aggravated sexual assault of a child. Gilbert filed a notice of appeal on March 7, 2018. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal, and the defendant as waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On March 8, 2018, we notified the parties that we would dismiss the appeal unless the appellant

1

established that the certification is incorrect. No response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on April 10, 2018
Opinion Delivered April 11, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.